UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DISTRICT

| | |
|---|---|
| CEDRIC BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASEY CLAYTON, et al., )<br>)<br>Defendants. ) | No.  1:19-CV-172 JAR |

## ORDER

This matter is before the Court upon counsel for defendant Rubi Lopez's *in camera* response to this Court's March 12, 2020 Order, providing the last known residential addresses for defendants Connor Bishop and Casey Clayton.  ECF No. 15.  Because plaintiff Cedric Bell is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the addresses provided in docket number 15.  *See* Fed. R. Civ. P. 4(c)(3).  A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendants Connor Bishop and Casey Clayton at the addresses provided in docket number 15.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 14th day of April, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**